**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LISA DIGIOVANNI,

                Plaintiff,                22 **CIVIL** 9118 (PGG)

     -against-                          **JUDGMENT**

ERGOTELES LLC, ERGOTELES PARTNERS GP LLC,
MARK MANCINI, AMIT MANWANI,
and MICHAEL BOS,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2024, the Magistrate Judge's R&R (Dkt. No. 24) is not adopted, and Defendant's motion to dismiss (Dkt. No. 19) is granted. The Complaint's Fair Labor Standards Act claim is dismissed with prejudice, while the Complaint's New York Labor Law claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York
          March 31, 2024

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court

                              **BY:**

                                                      **Deputy Clerk**